HONORABLE RONALD B. LEIGHTON

FILED _____ LODGED
_____ RECEIVED

APR 30 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

07-CV-05171-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

SCHWAN'S SALES ENTERPRISES, INC. (SSEI), a Minnesota Corporation; THE SCHWAN FOOD COMPANY, a Minnesota Corporation; and HOLIDAY FOODS, LLC, CAMDEN CULINARY, INC.,

Plaintiffs,

v.

CHERYL GRANROTH,

Defendant.

Case No.: C07-5171RBL

**STIPULATION AND ORDER FOR PRELIMINARY INJUNCTION**

## STIPULATION

Defendant claims she has complied with this court's Order Granting Motion for Temporary Restraining Order and Other Relief. In compliance with the order, Defendant claims she has returned to Plaintiffs' counsel any and all documents and things, copies of documents, including electronic documents maintained in any recording medium, in her possession, custody, or control relating to Plaintiffs. In light of these circumstances, the parties stipulate to the entry of the following preliminary injunction and agree that the hearing scheduled for May 1, 2007, is unnecessary and should be canceled unless the Court determines that the hearing is necessary for issuance of the Order for Preliminary Injunction set forth below.

STIPULATION AND ORDER FOR PRELIMINARY INJUNCTION - 1
(C07-5171RBL)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

DATED this 27th day of April, 2007.

| JACKSON LEWIS LLP | GRANT & ASSOCIATES |
|---|---|
| By: /s/ Michael A. Griffin<br>Michael A. Griffin, WSBA #29103<br>Kurt J. Erickson, pro hac vice<br>600 University Street, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 405-0404<br>Fax: (206) 405-4450<br>E-mail: griffinm@jacksonlewis.com<br>E-mail: ericksonk@jacksonlewis.com<br>Attorneys for Plaintiffs | By: /s/ Artis C. Grant<br>Artis C. Grant, Jr., WSBA #26204<br>3002 S 47th St.<br>Tacoma, WA 98409-4416<br>Telephone: (253) 472-6213<br>Fax: (253) 473-9695<br>Email: agrant@lawdome.com<br>Attorney for Defendant Cheryl Granroth |

## ORDER FOR PRELIMINARY INJUNCTION

For the duration of this litigation, to the extent Defendant may have information that was copied and deleted from the company's laptop computer, Defendant is enjoined from disclosing any of Plaintiffs' confidential, proprietary, and trade secret information, specifically including without limitation all the information that was copied and deleted from the company laptop computer that Plaintiffs provided to Defendant.

Defendant is further ordered, to the extent she has not already, to return to Plaintiffs' counsel any and all documents and things, copies of documents, including electronic documents maintained in any recording medium, in her possession, custody, or control relating to Plaintiffs. This includes but is not limited to, all information and documents that were on the laptop computer Defendant used while working at Holiday Division/Camden Culinary.

Defendant is otherwise enjoined from violating the terms of her agreements with Plaintiffs.

The preliminary injunction hearing scheduled for May 1, 2007, is hereby canceled.

STIPULATION AND ORDER FOR PRELIMINARY INJUNCTION – 2
(C07-5171RBL)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1  IT IS SO ORDERED.

2  This 28th day of April, 2007.

3

4
                                    _____
5                                   UNITED STATES DISTRICT JUDGE

6                                   _Ronald B. Leighton_ (signature)
                                    Ronald B. Leighton
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 STIPULATION AND ORDER FOR PRELIMINARY INJUNCTION -- 3
   (C07-5171RBL)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404